FILED
CHARLOTTE, NC

APR 07 2023

US DISTRICT COURT
WESTERN DISTRICT OF NC

# UNITED STATES DISTRICT COURT
for the
__Western__ District of __North Carolina__

__Asheville__ Division

RODWYN ANTONIO TAYLOR )
*Plaintiff(s)* )
(Write the full name of each plaintiff who is filing this complaint. )
If the names of all the plaintiffs cannot fit in the space above, )
please write "see attached" in the space and attach an additional )
page with the full list of names.) )
-v- )
John Doe (1), warden of Mt.View C.I state prison; )
John Doe (2) and John Doe (3) correctional officers at )
Mt.View C.I state Prison, )
___individually and in their official Capacities___ )
*Defendant(s)* )
(Write the full name of each defendant who is being sued. If the )
names of all the defendants cannot fit in the space above, please )
write "see attached" in the space and attach an additional page )
with the full list of names. Do not include addresses here.) )

Case No. __1:23-cv-98-FDW__
*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Rodwyn Antonio Taylor
All other names by which you have been known: Roger Taylor, RT
ID Number: 1038170
Current Institution: Alexander CI
Address: 633 old Landfill Rd
Taylorsville    NC    28681
*City   State   Zip Code*

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: John Doe (1)
Job or Title *(if known)*: Warden
Shield Number:
Employer: Mt View C.I. (state prison)
Address: 545 Amity Park Road
Spruce Pine    NC    28777
*City   State   Zip Code*
[✓] Individual capacity  [✓] Official capacity

Defendant No. 2
Name: John Doe (2)
Job or Title *(if known)*: Prison Guard
Shield Number:
Employer: Mt. View C.I. (state prison)
Address: 545 Amity Park Road
Spruce Pine    NC    28777
*City   State   Zip Code*
[✓] Individual capacity  [✓] Official capacity

Defendant No. 3
  Name: John Doe (3)
  Job or Title (if known): Prison Guard
  Shield Number:
  Employer: Mt. View C.I. (state prison)
  Address: 545 Amity Park Road
  Spruce Pine, NC 28777
  City / State / Zip Code
  [✓] Individual capacity  [✓] Official capacity

Defendant No. 4
  Name:
  Job or Title (if known):
  Shield Number:
  Employer:
  Address:
  City / State / Zip Code
  [ ] Individual capacity  [ ] Official capacity

II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

  [ ] Federal officials (a *Bivens* claim)

  [✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

My Eighth Amendment

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*See additional pg(1) attached*

III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☑ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)* _____

IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

*See additional Pages attached (pg 1)*

C. What date and approximate time did the events giving rise to your claim(s) occur?

December 23, 2021 at Approximately 0709 hours

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See pg (2) additional pg.

V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. Injuries I sustained were:

1) Broken Hand  3) nightmares
2) migrains  4) Physical and emotional distress

I needed Surgery to repair my hand, mental Health counseling, and In and out medical.

VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

See pg 3 additional attachment

VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). I was at Mt. View CI when the incident of my claim occured. But I was at Alexander CI when I begun the Exhaustion of Administrative Remedies Administrative Procedures. ~~Alexander CI~~

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☑ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes
☑ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☑ Yes
☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

Alexander C.I.

2. What did you claim in your grievance? Violation of my eigth Amedmant by the prison officials

3. What was the result, if any? Dismissed

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

I appealed to the last step. I exhausted each step.

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

See attachments

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

[ ] Yes

[✓] No

I only filed in the industrial commission. I do not believe that is a state court.

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) Rodwyn Taylor
   Defendant(s) North Carolina Department of Public Safety

2. Court *(if federal court, name the district; if state court, name the county and State)*
   I believe Raliegh, NC, North Carolina Industrial Commission

3. Docket or index number
   I.C. NO TA-30236, AG File No. TC22-01604

4. Name of Judge assigned to your case
   I don't believe its a Judge, Again, I do not believe this is state court.

5. Approximate date of filing lawsuit
   4-21-2022

6. Is the case still pending?
   [✓] Yes
   [ ] No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment? no.

☐ Yes

☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s) _____

    Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

    _____

3. Docket or index number

    _____

4. Name of Judge assigned to your case

    _____

5. Approximate date of filing lawsuit

    _____

6. Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _____

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4-1-23

Signature of Plaintiff: Rodwyn Antonio Taylor
Printed Name of Plaintiff: Rodwyn Antonio Taylor
Prison Identification #: 1038170
Prison Address: Alexander CI, 633 Old Landfill Rd
Taylorsville, NC 28681

### B. For Attorneys

Date of signing:

Signature of Attorney:
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Address:
Telephone Number:
E-mail Address:

Additional pages of my answers concerning the questions of my complaint

## II Basis For Jurisdiction

D.

1) Defendant John Doe (1) is the Warden of the Mt. View C.I. state prison. He is legally responsible for the operation of Mt. View C.I state prison and for the welfare of all the inmates of that prison.

2) Defendant John Doe (2) is a correctional officer of the Mt. View Department of corrections who, at all times mentioned in this complaint, held the rank of prison guard and was assigned to Mt. View C.I state prison

3) Defendant John Doe (3) is a Correctional Officer of the Mt. View Department of corrections who, at all times mentioned in this complaint, held the rank of prison guard and was assigned to Mt. View C.I state prison.

4) Each defendant is being sued individually and in his official capacity. At all times mentioned in this complaint each defendant acted under the color of state law.

## IV Statement of Claim

B.

Mountain View C.I, E.Pod, December 23, 2021, between the hours of 6:30 am 545 Amity Park Rd, spruce Pine, NC 28777

## IV Statement of Claim

D.

1) Defendant John Doe (2) used excessive force against me by assaulting my hands while they were handcuffed behind my back at the top of the staircase while I was in full restraints restrained in a restraint chair. I could not defend myself, nor was I attacking anyone during this time. Defendant John Doe (2) actions violated and continues to violate my rights under the Eigth Amendment to the United States Constitution and causing me pain, suffering, physical injury and emotional distress. (camera footage can support my claim)

2) Defendant John Doe (3) used excessive force against me by placing my shirt over my head, which made it hard for me to breath because of my asthmatic nature, and by stricking me on the face while the shirt was still over my head temporarily knocking me unconcious. This occured while I was in full restraints restrained to a restraint chair on the staircase while being escorted down the steps. Defendant John Doe (3) actions violated and continues to violate my rights under the Eigth Amendment to the United States Constitution and causing me pain, suffering, physical injury and emotional distress. I could not defend myself nor was I attacking anyone

3) I have no plain, adequate or complete remedy at law to redress the wrongs described herein. I have and will continue to be irreparably injured by the conducts of the defendants unless this court grants the declaratory and injunctive relief which I seek

PG(3) additional attachment

## VI. Relief

1) Grant me (Rodwyn Antonio Taylor) a declaration that the acts and omissions described herein violate my rights under the Constitution and laws of the United States

2) A preliminary and permanent injunction ordering defendants John Doe and John Doe 3 to cease their physical violence toward me, and

3) Granting me Rodwyn Taylor compensatory damages in the amount of 1.5 million dollars ($1,500,000) against each defendant, jointly and severally.

4) I seek punitive damages in the amount of $1,000,000 (one million dollars). I seek these damages against each defendant, jointly and severally.

5) I also seek a jury trial on all issues triable by jury.

6) I also seek recovery of my cost in this suite and

7) Any additional relief this court deems just, proper, and equitable