**North Carolina Department of Public Safety**
*Prisons*

Roy Cooper, Governor
Eddie M. Buffaloe, Jr., Secretary

Timothy D. Moose, Chief Deputy Secretary
Todd E. Ishee, Director

## Step One - Unit Response

**Regarding Grievance No.: 4870-2021-NPODC-00268**
**Received: 02/15/2022**

**Inmate: TAYLOR, RODWYN A - 1038170**
**Location: 4870-ALEXANDER CI - MPODG004**

Offender's grievance has been received and reviewed. On 12/23/21, A code 3 was called because inmate was screaming and being disruptive. Officer Warren responded to the code and reported to the inmate's cell. The Offender came out of his cell in an aggressive manner, forcing Officer Warren to use pepper spray on inmate. Inmate began swinging at Officer Warren, hitting him in the arm. Offender also tried to assault responding officer. Offender would not stop trying to assault the officers responding to this incident. The Officers had to use batons to get inmate to stop his assaultive behavior because the pepper spray did not seem to slow him down.
The Officers involved in this incident acted within policy and procedure in this instance. They accomplished their correctional objective by utilizing only the amount of force needed to subdue the inmate and stop his assaultive behaviors. No further action is recommended.

| 03/02/2022 | GIBBS, DEXTER J. |
|---|---|
| Date | Staff Electronic Signature |

(A) ___ Agree with grievance response     (B) ✓ Appeal to Step Two (24-hour limit)

| 3/2/22 | Rodwyn Taylor |
|---|---|
| Date | Inmate Signature |

| | |
|---|---|
| Date | Witness Signature (optional) |

cc: CTS



**MAILING ADDRESS:**
633 OLD LANDFILL RD.
TAYLORSVILLE, NC 28681

**OFFICE LOCATION:**
633 OLD LANDFILL RD.
TAYLORSVILLE, NC 28681
Telephone: (828)632-1331
Fax: (828)632-1345

WWW.NCDPS.GOV
*An Equal Opportunity Employer/Affirmative Action Employer*

# North Carolina Department of Public Safety
*Prisons*

Roy Cooper, Governor  
Eddie M. Buffaloe, Jr., Secretary

Timothy D. Moose, Chief Deputy Secretary  
Todd E. Ishee, Director

## Step Two - Area/Complex/Institution Response

**Regarding Grievance No.: 4870-2021-NPODC-00268**  
**Received: 02/15/2022**

**Inmate:** TAYLOR, RODWYN A - 1038170  
**Location:** 4870-ALEXANDER CI - MPODG004

I have reviewed your Grievance carefully and determined that the response given at the Step One response on Grievance #4870-21-NPODC-00268 has adequately addressed your concerns.

| | |
|---|---|
| 03/16/2022 | DYE, ERIC T. |
| Date | Staff Electronic Signature |

(A) \_\_\_\_ Agree with grievance response    (B) **✓** Appeal to Secretary, DPS (24-hour limit)

3-23-22                Rodwyn Taylor  
Date                   Inmate Signature

_____        _____  
Date                       Witness Signature(optional)

cc: CTS
**MAILING ADDRESS:**  
633 OLD LANDFILL RD.  
TAYLORSVILLE, NC 28681



**OFFICE LOCATION:**  
633 OLD LANDFILL RD.  
TAYLORSVILLE, NC 28681  
Telephone: (828)632-1331  
Fax: (828)632-1345

WWW.NCDPS.GOV  
*An Equal Opportunity Employer/Affirmative Action Employer*


North Carolina Department of Public Safety
*Prisons*

Roy Cooper, Governor
Eddie M. Buffaloe, Jr., Secretary

Timothy D. Moose, Chief Deputy Secretary
Todd E. Ishee, Director

### DC-410 Screening Response

**Regarding Grievance No.: 4870-2021-NPODC-00268**
**Received: 02/15/2022**

**Inmate:** TAYLOR, RODWYN A - 1038170
**Location:** 4870-ALEXANDER CI - MPODG002

The grievance you have submitted has been accepted and will begin a review process. A response will be sent within 15 calendar days of 02/16/2022.

02/16/2022                    CRISP, JOSHUA L.
_____                 _____
Date                          *Staff Electronic Signature*

cc: CTS



**MAILING ADDRESS:**
633 OLD LANDFILL RD.
TAYLORSVILLE, NC 28681

**OFFICE LOCATION:**
633 OLD LANDFILL RD.
TAYLORSVILLE, NC 28681
Telephone: (828)632-1331
Fax: (828)632-1345

WWW.NCDPS.GOV
*An Equal Opportunity Employer/Affirmative Action Employer*

# North Carolina Department of Public Safety
## Division of Adult Correction
### Inmate Grievance Resolution Board
4207 MAIL SERVICE CENTER, RALEIGH, NC 27699-4207

State of North Carolina
Roy Cooper
Governor

Kimberly D. Grande
Executive Director

Members
David W. Addison, Esq.
Robert E. Campbell, Esq.
Phyllis S. Leary
Travis F. Ellis, Esq.
Carlton B. Joyner



**Step Three - Administrative Remedy Response**

| | | | |
|---|---|---|---|
| **Inmate:** | TAYLOR, RODWYN A | **Tracking No:** | 0000535236 |
| **Inmate #:** | 1038170 | **Unit Grievance No:** | 4870-2021-NPODC-00268 |
| **Location:** | 4870-ALEXANDER CI - MPODG004 | **Date Received:** | 03/23/2022 |
| | Courier # 15-86-01 | | |

Grievance Examiner: Findings and Disposition Order

This examiner has reviewed this grievance related to the offender's disciplinary infraction and the response given by staff in the Step 1 and/or Step 2 response. My review of this grievance reveals no violation of applicable Prisons policy nor does it show any evidence of misconduct by staff related to the disciplinary infraction that the offender incurred. You have submitted no evidence to support your allegations. You were charged with an A12 substance possession; A03 assault staff; and B25 disobey order.

Lastly, because this grievance challenges aspects of a disciplinary infraction, it is outside the scope of the ARP and should have been rejected by the facility. See policy .0306(b)(3).

Therefore, this grievance is dismissed as outside the scope of the ARP.

03/28/2022
Date

DELLARIPA, ANGELA M
*Inmate Grievance Examiner Electronic Signature*

cc: CTS

DC–410 (Rev. 07/15)

# NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY
# PRISONS
# ADMINISTRATIVE REMEDY PROCEDURE

Inmate Name: Rodwyn Taylor                    Inmate #: 1038170

Location: Alexander C.I.                      Date: 1-26-22

Grievance Statement: On December 23, 2021 while being housed at Mt-View C.I., at around 6:45 am to 7:15 am, E-wing camera will show me handcuffed to a chair and being maliciously assaulted by multiple officers. You will see one officer place my shirt over my head and punch me in the face while another repeatly strike with his baton on my hands and break my right one which led to me needing outside medical and later needing surgery. All this was a violation of eighth Amendments it also all happen on camera and while I was in full restraints.

What remedy would resolve your grievance?: That I be compensated for the mental, emotional, and physical injure I suffered, and that a full investigation be conducted to identify these officers who displayed such conduct. I could not identify them because my shirt was placed over my head and the other one was behind me.

Inmate Signature: Rodwyn Taylor

**OFFICIAL USE**

Date received: 2/15/22        Receiving Officer Signature        CT 340  Staff ID

Facility #: 4870    Year: 21/22-MC    Housing #: NPDOC    Sequence #: 00268

Distribution: White - Facility Copy; Pink - Inmate Copy

Case 1:23-cv-00098-FDW   Document 1-1   Filed 04/07/23   Page 5 of 5