Rod[REDACTED]
Alexander CJ
633 Old land Fill Rd
Taylorsville, NC 28681

— Legal MAIL —

NEOPOST
04/03/2023
US POSTAGE $002.22
FIRST-CLASS MAIL
ZIP 28681
041L10259615

RECEIVED
Charlotte, NC
APR 7 2023
Clerk, US District Court
Western District NC

North Carolina Federal District
Clerk of Court
Room 212
401 W. Trade St.
Charlotte, NC 28202

Legal MAIL