UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-cv-00098-FDW

| | |
|---|---|
| RODWYN ANTONIO TAYLOR,    )  <br>    )  <br>    Plaintiff,    )  <br>    )  <br>vs.    )  <br>    )    **ORDER**  <br>    )  <br>JOHN DOE 2, et al.,    )  <br>    )  <br>    Defendants.    )  <br>_____)  | |

**THIS MATTER** is before the Court on Plaintiff's recent unsigned letter. [Doc. 19].

Pro se Plaintiff Rodwyn Taylor ("Plaintiff") is a prisoner of the State of North Carolina currently incarcerated at Alexander Correctional Institution in Taylorsville, North Carolina. On April 7, 2023, Plaintiff filed this action pursuant to 42 U.S.C. § 1983. [Doc. 1]. Plaintiff's Eighth Amendment individual capacity excessive force claims against Defendants John Doe 2 and John Doe 3 passed initial review. [Doc. 10]. The Court ordered the North Carolina Attorney General's Office (NCAGO) to investigate the identity of the remaining Doe Defendants, and the NCAGO timely responded with information sufficient for Plaintiff to identify the Doe Defendants. [See Docs. 14-17]. Plaintiff has accepted the assistance of the North Carolina Prisoner Legal Services (NCPLS) in conducting discovery in this matter. [Doc. 12]. Now before the Court is Plaintiff's improper, unsigned letter in which he seeks an update on the status of his acceptance of NCPLS assistance. [Doc. 19].

The Court will strike Plaintiff's improper, unsigned letter. Fed. R. Civ. P. 11(a). Plaintiff is advised to carefully review the Order of Instructions in this case [Doc. 3] and Federal Rules of Civil Procedure before he files any further documents with this Court. Plaintiff is, nonetheless,

advised that once the Doe Defendants have been identified, served with Summons and Complaint, and answered Plaintiff's Complaint, the Court will enter a scheduling order appointing the NCPLS to represent the Plaintiff to conduct discovery.[1]

**Plaintiff is admonished that, if he files further improper letters or other filings in this matter, they may be summarily stricken.**

## ORDER

**IT IS, THEREFORE, ORDERED** that Plaintiff's letter [Doc. 19] is hereby **STRICKEN** from the record in this matter.

The Clerk is respectfully instructed to mail Plaintiff a copy of the docket sheet in this matter.

**IT IS SO ORDERED**.

Signed: July 6, 2023

_____
Frank D. Whitney
United States District Judge

---

[1] Plaintiff should be advised that the NCPLS may decline to represent him despite such appointment.