# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:23-cv-00098-FDW

| | |
|---|---|
| RODWYN ANTONIO TAYLOR, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| ) | |
| **JOHN DOE 2, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the NCAGO's Response to Order [Doc. 29].

On September 11, 2023, the Plaintiff's Amended Complaint [Doc. 27] passed initial review in accordance with the Court's Order and the Court ordered the North Carolina Attorney General's Office (NCAGO) to identify Defendants John Doe 2, 3, and 4 from the video footage of the incident, the information alleged in Plaintiff's Amended Complaint, and any other available information or means, including any relevant information previously provided by the NCAGO or the Plaintiff in this matter. [Doc. 28]. The NCAGO timely responded and based on the time stamps provided by the Plaintiff, has identified John Doe 2 as James W. Ramsey and John Does 3 and 4 as Kody T. Hughes. [Doc. 29]. The Court, therefore, will order that these Defendants be substituted for the Doe Defendants in this matter and order the Clerk to commence the process for waiver of service.

## ORDER

**IT IS, THEREFORE, ORDERED** that the Clerk shall substitute James R. Ramsey for John Doe 2 and Kody T. Hughes for John Does 3 and 4.

**IT IS FURTHER ORDERED** that Clerk of Court shall commence the procedure for waiver of service as set forth in Local Civil Rule 4.3 for Defendants Ramsey and Hughes, who are alleged to be current or former employees of the North Carolina Department of Public Safety.

The Clerk is instructed to update the docket in this matter to identify Defendant Hughes as "Former John Does 3 and 4" and terminate John Doe 4 as a party in this matter.

The Clerk is also instructed to mail Plaintiff an Opt-In/Opt-Out form pursuant to Standing Order 3:19-mc-00060-FDW.

**IT IS SO ORDERED**.

Signed: September 25, 2023

Frank D. Whitney
United States District Judge