UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-cv-0098-FDW

| | | |
|---|---|---|
| **RODWYN ANTONIO TAYLOR,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| | ) | |
| **JAMES W. RAMSEY, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER** is before the Court on Plaintiff's "Requests for Production of Documents to James W. Ramsey, et al." [Doc. 41].

Pro se Plaintiff Rodwyn Antonio Taylor ("Plaintiff") is a prisoner of the State of North Carolina currently incarcerated at Alexander Correctional Institution in Taylorsville, North Carolina. On April 7, 2023, he filed this action pursuant to 42 U.S.C. § 1983. [Doc. 1]. Plaintiff's Amended Complaint survived initial review in accordance with the Court's Order and the Court recently entered its Pretrial Order and Case Management Plan. [Docs. 27, 28, 39].

Plaintiff has now filed a Request for Production of Documents directed to Defendants. [Doc. 41]. This filing is improper and will be stricken from the record in this matter. As Plaintiff was expressly advised in the Order of Instructions, discovery requests are not filed with the Court. [See Doc. 3]. They should only be served on the opposing party. Moreover, a pro se plaintiff cannot serve documents on an opposing party by filing them with the Court.

**Plaintiff is cautioned to review the Order of Instructions, the Local Rules of this Court, and the Federal Rules of Civil Procedure before filing documents with this Court. Any future improper filings may be summarily dismissed and/or stricken from the record.**

## ORDER

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Requests for Production of Documents to James W. Ramsey, et al." [Doc. 41] is **STRICKEN** from the record in this matter.

**IT IS SO ORDERED**.

Signed: March 25, 2024

Frank D. Whitney
United States District Judge