UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-cv-00098-FDW

| RODWYN ANTONIO TAYLOR, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| JAMES W. RAMSEY, et al., | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on Plaintiff's "Motion for Speedy Trial." [Doc. 59].

Pro se Plaintiff Rodwyn Antonio Taylor ("Plaintiff") is a prisoner of the State of North Carolina currently incarcerated at Alexander Correctional Institution in Taylorsville, North Carolina. On April 7, 2023, he filed this action pursuant to 42 U.S.C. § 1983. [Doc. 1]. Plaintiff's Amended Complaint survived initial review in accordance with the Court's Order and the Court entered a Pretrial Order and Case Management Plan. [Docs. 27, 28, 39]. The current discovery deadline is September 3, 2024, and the current dispositive motions deadline is September 19, 2024. [6/28/2024 Text Order].

Now pending is Plaintiff's "Motion for Speedy Trial" [Doc. 59], in which Plaintiff purports to invoke, *inter alia*, the Sixth Amendment's "speedy trial guarantee" and the Speedy Trial Act of 1974, claiming protection "from undue post accusation delay." [Id. at 1]. Plaintiff argues that "the trial must be within seventy days of the filing of the information date[.]" [Id. at 2]. The Court will deny Plaintiff's motion. Neither the Sixth Amendment nor the Speedy Trial Act require that a civil trial be held within any certain period. Plaintiff is not a criminal defendant in this action. Rather, he is prosecuting a case against the Defendants he has sued. If Plaintiff's case survives

summary judgment and the parties do not settle their dispute, the Court will set a trial as soon as practicable given the Court's numerous demands.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Motion for Speedy Trial" [Doc. 59] is **DENIED**.

**IT IS SO ORDERED**.

Signed: August 2, 2024

Frank D. Whitney
United States District Judge